UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Non Judicial Civil Forfeiture Proceeding Regarding $154,892.45 in United States Currency Seized on or About February 12, 2022 | **ORDER**<br><br>22 Misc. 201 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Since the sole relief requested in this case has been granted (see Dkt. No. 3), the Clerk of Court is directed to close this case.

Dated: New York, New York
       August 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge